MICHELE BECKWITH
Acting United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAMASO ANTONIO ACOSTA-RIVAS,<br><br>  Defendant. | CASE NO. 1:25-CR-00069-KES-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: July 9, 2025<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on July 9, 2025.

2. The parties have met and conferred and agree that the status conference should be continued to a later date. The government has made a formal plea offer to the Defendant and Counsel for Defendant will need time to review the offer with the Defendant. Accordingly, the parties' preference would be to set the case for a status conference on September 10, 2025.

3. By this stipulation, Defendant now moves to continue the status conference until September 10, 2025, and to exclude time between July 9, 2025, and September 10, 2025, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

4. The parties agree and stipulate, and request that the Court find the following:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      a)     The government has represented that the discovery associated with this case includes reports, medical records, and surveillance footage. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     The government has made a formal plea offer to the Defendant on June 26, 2025, to resolve the charges against him.

      c)     Counsel for Defendant desires additional time to discuss the government's plea offer with his client, and discuss a pretrial resolution of the case with the government.

      d)     Counsel for Defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 9, 2025 to September 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

| | |
|---|---|
| Dated:  June 30, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ CALVIN LEE<br>CALVIN LEE<br>Assistant United States Attorney |
| Dated:  June 30, 2025 | /s/ Griffin M. Estes<br>Griffin M. Estes<br>Counsel for Defendant<br>Damaso Antonio Acosta-Rivas |

**ORDER**

IT IS SO ORDERED that the status conference is continued from July 9, 2025, to **September 10, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **June 30, 2025**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3