1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  GRIFFIN ESTES, BAR #322095
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   DAMAZO ACOSTA-RIVAS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:25-cr-00069-KES-BAM

12 |         Plaintiff,        | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; AND ORDER**

13 | vs.                       |

14 | DAMAZO ACOSTA-RIVAS,      |

15 |         Defendant.        | Date: September 10, 2025

16                              Hon. Barbara A. McAuliffe

17
                          **STIPULATION**
18
        Plaintiff United States of America, by and through its counsel of record, and defendant,
19
   by and through defendant's counsel of record, hereby stipulate as follows:
20
        1.    By previous order, this matter was set for status conference on September 10,
21
   2025. The defendant initially requested to proceed with his status conference. ECF Dckt. # 13.
22
   The defendant is now willing to proceed via stipulation.
23
        2.    The parties have met and conferred and agree that the status conference should be
24
   continued to a later date. The government has made a formal plea offer to the Defendant and
25
   Counsel for Defendant will need time to review the offer with the Defendant. Moreover, defense
26
   counsel has retained an expert to assist in an evaluation of his client. That evaluation is still on
27
   going. Counsel for the defendant is continuing to investigate matters related to his client.
28

3.     Accordingly, the parties' preference would be to set the case for a status conference on December 10, 2025.

4.     By this stipulation, Defendant now moves to continue the status conference until December 10, 2025., and to exclude time between September 10, 2025, and December 10, 2025., under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

5.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes reports, medical records, and surveillance footage.  All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     The government has made a formal plea offer to the Defendant on June 26, 2025.

c)     Counsel for Defendant desires additional time to discuss the government's plea offer with his client, and discuss a pretrial resolution of the case with the government. Furthermore, counsel for the defendant requires additional time to complete an evaluation and further investigate this matter.

d)     Counsel for Defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)     The government does not object to the continuance.

f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 10, 2025 to December 10, 2025., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and

the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 4, 2025        /s/ Calvin Lee
                               CALVIN LEE
                               Assistant United States Attorney
                               Attorney for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender

Date: September 4, 2025        /s/ Griffin Estes
                               GRIFFIN ESTES
                               Assistant Federal Defender
                               Attorney for Defendant
                               DAMAZO ACOSTA-RIVAS


**ORDER**

IT IS SO ORDERED that the status conference is continued from September 10, 2025, to **December 10, 2025 at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **September 4, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE